**FILED**

JUL 1 3 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ERNESTO NAPOLES-JAUREGUI,

        Petitioner,

    v.

ALBERTO R. GONZALEZ, Attorney General
of the United States, and DAVID SILL,
Acting District Director, San
Francisco Office, U.S. Bureau of
Citizenship and Immigration Services.

        Respondents.

No. 05-02639 CW

ORDER SETTING
BRIEFING SCHEDULE

    On June 28, 2005, Petitioner filed a Writ of Mandamus.
Respondent's opposition to the Petition will be due August 5, 2005,
and any reply will be due August 12, 2005; thereafter, the matter
will be deemed submitted on the papers and no hearing will be held
unless so ordered by the Court.

Dated     JUL 13 2005

CLAUDIA WILKEN
United States District Judge

United States District Court

For the Northern District of California

1  C-05-2639 CW

2  Frank Sprouls
   Law Offices of Ricci & Sprouls
3  445 Washington Street
   San Francisco, CA 94111
4

5  U.S. Attorney                    w/writ
   450 Golden Gate Avenue
6  San Francisco, CA 94102

7
   Attorney General                 w/writ
8  U. S. Department of Justice
   Washington, DC. 20530
9

10 District Counsel                 w/writ
   550 Kearny Street, Suite 1000
11 San Francisco, CA 94108

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28