KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-7169

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERNESTO NAPOLES-JAUREGUI, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> ALBERTO R. GONZALES, Attorney General ) <br> of the United States, and DAVID STILL, ) <br> Acting District Director, San Francisco Office, ) <br> U.S. Citizenship and Immigration Services, ) <br> ) <br> Respondents. ) <br> ) | No. C 05-2639-CW <br><br> **STIPULATION TO EXTEND TIME WITHIN WHICH THE RESPONDENTS MUST FILE AN OPPOSITION; AND ORDER** |

    Petitioner, by and through his attorneys of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to an extension of time within which the respondents must serve an opposition to the petition for writ of mandamus in the above-captioned case in light of the facts that the respondents have not yet received the petitioner's A-File from the National Records Center and that the matter may be resolved administratively. Subject to the approval of the Court, the respondents will file an opposition on September 6, 2005, and the petitioner will file a reply, if any, on September 13, 2005.

STIPULATION TO EXTEND DEADLINE FOR OPPOSITION; AND ORDER
C 05-2639-CW                              1

| | |
|---|---|
| Date: August 3, 2005 | Respectfully submitted, |
| | KEVIN V. RYAN<br>United States Attorney |
| | |
| | /s/<br>EDWARD A. OLSEN[1]<br>Assistant United States Attorney<br>Attorneys for Respondents |
| | |
| Date: August 3, 2005 | /s/<br>FRANK SPROULS<br>Sprouls & Ricci<br>Attorneys for Petitioner |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 8/10/05        /s/ CLAUDIA WILKEN
_____
CLAUDIA WILKEN
United States District Judge

---

[1] I, Edward A. Olsen, attest that both Attorney Sprouls and I have signed this stipulation and will produce the original signed copies upon request.

STIPULATION TO EXTEND DEADLINE FOR OPPOSITION; AND ORDER
C 05-2639-CW                            2